JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, on behalf of Affected Performers,<br><br>             Petitioner,<br><br>     v.<br><br>UFO PICTURES LLC,<br><br>             Respondent. | Case No. 2:24-cv-09933-SPG-AS<br><br>**JUDGMENT ORDER** |

The Court considered the noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith (ECF No. 1 ("Motion")) filed by Petitioner Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc. ("Petitioner" or "SAG-AFTRA"). Having considered all the pleadings in this action, the Motion, the documentary evidence presented therewith, and the relevant law:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in this case as follows:

1. The arbitration award in favor of SAG-AFTRA and against UFO Pictures, LLC ("Respondent"), SAG-AFTRA Case No. 14017, dated November 18, 2020, is confirmed in all respects.

2. Respondent is ordered to pay as follows:

    a. To SAG-AFTRA, on behalf of affected performers, the sum of $163,665.67;

    b. To SAG-AFTRA for its attorney's fees incurred in this action, the sum of $2,400.00; and

    c. To SAG-AFTRA for its costs incurred in this action, the sum of $402.00.

3. SAG-AFTRA is hereby granted an assignment of Respondent's accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled "*Simple Man*" aka "*Beyond the Law*" anywhere in the world until the amounts due are paid in full.

4. The parties are to split any arbitrator fees.

**IT IS SO ORDERED.**

DATED: July 23, 2025

. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE